# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00173-CV

## In re MasTec North America, Inc.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We also lift the stay of the trial court's discovery orders.

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Kelly

Filed: July 7, 2021